# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

RECEIVED
DEC 2 6 2017
AT 8:30
WILLIAM T. WALSH
CLERK

**CRAIG CUNNINGHAM,**
*Plaintiff*

V.    **SUMMONS IN A CIVIL CASE**

**CAPITAL ADVANCE SOLUTIONS, LLC, ET AL.,**
*Defendant*

CASE NUMBER: **3:17-CV-13050-FLW-DEA**

TO: *(Name and address of Defendant):*

CAPITAL ADVANCE SOLUTIONS, LLC
c/o Daniel Logan
1715 State Route 35,
Middletown, NJ 07748

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**WILLIAM T. WALSH**
CLERK

**John Moller**
(By) DEPUTY CLERK



ISSUED ON 2017-12-14 09:40:46, Clerk
USDC NJD

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE 12/18/17 |
| NAME OF SERVER (PRINT) Cameron Marshall | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 1715 State Route 35 Middletown, NJ 07748 suite 302

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

☒ Name of person with whom the summons and complaint were left: Capital Advanced Solutions LLC CFO Daniel Logan

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL $20.00 | SERVICES $80.00 | TOTAL $100.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service fees is true and correct.

Executed on 12/18/17
Date

Signature of Server

199 W. Chew Ave. Phila PA 19120
Address of Server

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

**CRAIG CUNNINGHAM,**
*Plaintiff*

V.

**SUMMONS IN A CIVIL CASE**

**CAPITAL ADVANCE SOLUTIONS, LLC, ET AL.,**
*Defendant*

CASE NUMBER: **3:17-CV-13050-FLW-DEA**

TO: *(Name and address of Defendant):*

CHARLES BETTA
3 Oldwick Court,
Leonardo, NJ 07737

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**WILLIAM T. WALSH**
CLERK

**John Moller**
(By) DEPUTY CLERK

ISSUED ON 2017-12-14 09:40:46, Clerk
USDC NJD

## RETURN OF SERVICE

Service of the Summons and complaint was made by me(1) — DATE 12/18/17

NAME OF SERVER (PRINT): Kameron Marshall
TITLE: Process Server

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant. Place where served: 1715 State Route 35 Middletown, NJ 07748 suite 302

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

☑ Name of person with whom the summons and complaint were left: Charles Betta

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

TRAVEL $20.00 | SERVICES $80.00 | TOTAL $100.00

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 12-18-2017
Date

Signature of Server

Address of Server: 199 W. Chew. Ave Phila PA 19120

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

**CRAIG CUNNINGHAM,**
*Plaintiff*

V.  **SUMMONS IN A CIVIL CASE**

**CAPITAL ADVANCE SOLUTIONS, LLC, ET AL.,**
*Defendant*

CASE NUMBER: **3:17-CV-13050-FLW-DEA**

TO: *(Name and address of Defendant):*

DANIEL LOGAN
550 Cumberland St Apt 2,
Westfield, NJ 07090

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**WILLIAM T. WALSH**
CLERK

**John Moller**
(By) DEPUTY CLERK

ISSUED ON 2017-12-14 09:40:46, Clerk
USDC NJD

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me(1) | |
| NAME OF SERVER (PRINT) Kameron Marshall | TITLE Process Server |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant. Place where served: 1715 State Route 35 Middletown NJ 07748 Suite 302

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
discretion then residing therein.

☐ Name of person with whom the summons and complaint were left: Daniel Logan

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| $20.00 | $80.00 | $100.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12-18-2017
Date

Signature of Server

199 W. Chew Ave. Phila. PA 19120
Address of Server

5543 Edmondson Pike
Ste 248
Nashville, TN 37211

NTEXAS
DALLAS 750
20 DEC 17
PM 1 L

US District Court
402 East State Street
Rm 2020
Trenton, NJ 08608

RECEIVED
DEC 2 6 2017
AT 8:30 ___M
WILLIAM T. WALSH

08608-150020