# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

Server: C. Aud
Date: 1-16-18   Time: 3:45 pm
P/S: R. Mrschl
ANDERSON INVESTIGATIONS, INC.   #C121370
P.O. BOX 636, SLC, UT 84110   877-611-1110

R. MOSCHEL, FOR
GEORGE SUTTON, R.A.

**CRAIG CUNNINGHAM,**
*Plaintiff*

V.

**SUMMONS IN A CIVIL CASE**

**CAPITAL ADVANCE SOLUTIONS, LLC,
ET AL.,**
*Defendant*

CASE NUMBER: 3:17-CV-13050-FLW-DEA

TO: *(Name and address of Defendant):* WebBank Corporation c/o Reg Agent
George Sutton
Jones, Waldo, Holbrock, and McDonough
170 So Main, Ste 1500
Salt Lake City, UT 84101

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Craig Cunningham 5543 Edmondson Pike Ste 248
Nashville TN 37211
615-348-1977

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**WILLIAM T. WALSH**
CLERK

**John Moller**
(By) DEPUTY CLERK

ISSUED ON 2017-12-14 09:40:46, Clerk
USDC NJD

RECEIVED
JAN 22 2018
AT 8:30 _____ M
WILLIAM T. WALSH
CLERK

## RETURN OF SERVICE

| | | |
|---|---|---|
| Service of the Summons and complaint was made by me(1) | DATE | 1/17/2018 |
| NAME OF SERVER (PRINT) | TITLE | Cunningham v Capital Advance |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
   discretion then residing therein.

☐ Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): Hired process server, see attached report

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | $60 | $60 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  Jan 16, 2018
             Date

Signature of Server

Address of Server: 3000 Custer dR ste 270-206
Plano, TX 75075

## AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
District of New Jersey

Case Number: 3:17-CV-13050-FLW-DEA

Plaintiff:
**CRAIG CUNNINGHAM**

vs.

Defendant:
**CAPITAL ADVANCE SOLUTIONS, LLC, ET AL**

For:
CRAIG CUNNINGHAM
CRAIG CUNNINGHAM
5543 EDMONDSON PIKE
SUITE 248
NASHVILLE, TN 37211

Received by ANDERSON INVESTIGATIONS, INC. on the 16th day of January, 2018 at 10:30 am to be served on **WEB BANK CORPORATION R/A GEORGE SUTTON @ JONES, WALDO, HOLBROOK AND MCDONOUGH, 170 SOUTH MAIN STREET, SUITE 1500, SALT LAKE CITY, UT 84101.**

I, C. D. ANDERSON, being duly sworn, depose and say that on the **16th day of January, 2018 at 3:45 pm, I:**

Served the within named **CORPORATION** by delivering a true copy of the **SUMMONS AND PLAINTIFF'S ORIGINAL COMPLAINT**; with the date and hour of service endorsed thereon by me to GEORGE SUTTON/ROSIE MOSCHEL as **Registered Agent** of the within named corporation, in compliance with state statutes.

**Description of Person Served:** Age: 65, Sex: F, Race/Skin Color: WHITE, Height: 5'4", Weight: 185, Hair: BLACK, Glasses: Y

I am over the age of 21 and have no interest in the above action. I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was executed. Pursuant to Utah Code Annotated 78-B-5-705, I declare under criminal penalty that the foregoing is true and correct.


HEIDI ANDERSON
NOTARY PUBLIC - STATE OF UTAH
My Comm. Exp. 01/01/2021
Commission # 692523

Subscribed and Sworn to before me on the 17th day of January, 2018 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

C. D. ANDERSON
Private Investigator G101390

ANDERSON INVESTIGATIONS, INC.
P.O. BOX 535
Salt Lake City, UT 84110
(801) 619-1110

Our Job Serial Number: AND-2018000147

Copyright © 1992-2018 Database Services, Inc. - Process Server's Toolbox V7.1i

| | | |
|---|---|---|
| ANDERSON INVESTIGATIONS, INC.<br>P.O. BOX 535<br>Salt Lake City, UT 84110<br>Phone: (801) 619-1110<br>Fax: (801) 619-8769<br>Fin #88-0664844 | **INVOICE** | Invoice #AND-2018000147<br>1/17/2018 |

CRAIG CUNNINGHAM
CRAIG CUNNINGHAM
5543 EDMONDSON PIKE
SUITE 248
NASHVILLE, TN 37211

**Case Number:** 3:17-CV-13050-FLW-DEA

**Plaintiff:**
CRAIG CUNNINGHAM

**Defendant:**
CAPITAL ADVANCE SOLUTIONS, LLC, ET AL

Received: 1/16/2018   Served: 1/16/2018 3:45 pm  CORPORATE - REGISTERED AGENT
To be served on: WEB BANK CORPORATION R/A GEORGE SUTTON @ JONES, WALDO, HOLBROOK AND MCDONOUGH

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| SERVICE FEE | 1.00 | 60.00 | 60.00 |
| **TOTAL CHARGED:** | | | **$60.00** |
| **BALANCE DUE:** | | | **$60.00** |

CHECK FOR STATUS @ WWW.ANDERSONATTORNEYSERVICES.COM
Thank you for your business!

Copyright © 1992-2018 Database Services, Inc. - Process Server's Toolbox V7.1l

5413 Edmondson Pike
Ste 248
Nashville, TN 37211

N TEXAS
DALLAS 750
17 JAN '18
PM 5 L

US District Court
402 East State Street
RM 2020
Trenton, NJ 08608

08608-150020