| | |
|---|---|
| **CRAIG CUNNINGHAM,** : | : **UNITED STATES DISTRICT COURT** |
| **Plaintiff,** : | **DISTRICT OF NEW JERSEY** |
| : | |
| v. : | Civil Action No. 17-13050 (FLW) |
| : | |
| **CAPITAL ADVANCE SOLUTIONS, LLC, et.als.,** : | **REVISED SCHEDULING ORDER** |
| : | |
| **Defendants.** : | |

**THIS MATTER** having come before the Court for a telephone status conference on June 15, 2018; and the Court having conferred with counsel concerning the status of discovery; and good cause appearing for the entry of this Order:

**IT IS on this  19th day of June, 2018**

**ORDERED THAT:**

1. The deadline for service of Plaintiff's written discovery requests is extended to **June 29, 2018**.  Failure to timely serve such discovery may result in a waiver.

2. Once Plaintiff's discovery requests are served, discovery in this action is stayed pending disposition of Defendants' separate motions to dismiss the Complaint.

3. The Court may from time to time schedule conferences as may be required, either *sua sponte* or at the request of a party. Failure to appear at such conferences, or to comply with the terms of this or any Court Order, may result in the imposition of sanctions.

    s/ Douglas E. Arpert
**DOUGLAS E. ARPERT**
**United States Magistrate Judge**