**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**MINUTES OF PROCEEDINGS**

**OFFICE:** TRENTON                                   **DATE:** October 24, 2018
**JUDGE** DOUGLAS E. ARPERT
**COURT REPORTER:** Digitally Recorded

**TITLE OF CASE:**                                    **DOCKET # 17-13050(FLW)**
CRAIG CUNNINGHAM
      vs.
CAPITAL ADVANCE SOLUTIONS, LLC

    **DEFT. PRESENT**

**APPEARANCES:**
Craig Cunningham, Pro Se Plaintiff
Stephanie Mazzola, Esq.
Jeffrey Bronster, Esq.
Donald Maurice, Esq.
Jessica Lentini, Esq.


**Nature of Proceedings**:   TELEPHONE CONFERENCE HELD ON THE RECORD ON 10/24/2018.


**Time Commenced:** 2:05 P.M.
**Time Adjourned:** 2:15 P.M.
**Total Time:** (10)

                                              S/Charmaine D. Ellington
                                              DEPUTY CLERK