United States District Court
District of New Jersey

)   Craig Cunningham
)   Plaintiff, Pro-se
)
)       v.                         **CIVIL ACTION NO.** 3:17-cv-13050
)
) Capital Advance Solutions, LLC
)
)   Defendants.

## Plaintiff's Certificate of Service

I hereby certify that a true copy of the foregoing was mailed to the defendants in this case via USPS First Class Mail

*(signature)*
Craig Cunningham
Plaintiff, Pro-se 3000 Custer Road ste 270-206 Plano, Tx 75075
5/15/2019