United States District Court
District of New Jersey

)   Craig Cunningham
)   Plaintiff, Pro-se
)
)       v.                          **CIVIL ACTION NO.** 3:17-cv-13050
)
) Capital Advance Solutions, LLC
)
)   Defendants.

**<u>Order</u>**

The Plaintiff's Motion for a default judgment is hereby Granted/Denied

Date_____

Judge_____